■ FLORENCE FLYNN, Appellant, v. DAVID GREENBERG, Respondent.— In an action by a guest of a tenant in a multiple dwelling against the landlord to recover damages for personal injuries, the appeal is from a judgment entered upon a jury's verdict, dismissing the amended complaint. Judgment reversed, without costs, and a new trial granted. The conduct of respondent's counsel throughout the trial was so prejudicial as to deprive appellant of a fair trial; therefore, there must be a new trial in the interests of justice. It is unfortunate that this corrective appellate action must be taken, for the verdict was amply supported by the evidence. (*French* v. *City of New York*, 286 App. Div. 1085; *Nicholas* v. *Rosenthal*, 283 App. Div. 9; *George* v. *Owners Trucking Corp.*, 264 App. Div. 831.) Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ FRANKLIN NATIONAL BANK OF FRANKLIN SQUARE, Appellant, v. EDWARD ZUNIGA et al., Respondents.— In an action by the indorsee against the makers to recover upon a promissory note, the indorsee appeals from a judgment in its favor entered after trial by the court without a jury. Appellant contends, *inter alia*, that the award of the trial court was inadequate. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.